# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 24 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

*Tina Medina*

_____, Plaintiff

v.

*The State of California,*

*San Diego Superior Court.*

*San Diego District Attorney*

*See attached*

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
X Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.     PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Tina Medina    General Delivery, Eagle, CO 81631
(Name and complete mailing address)

970 445 2593    jiyulife140@gmail.com
(Telephone number and e-mail address)

**B.     DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    The State of California    1300 "I" Street Sacramento CA 95814-2919
(Name and complete mailing address)

Unknown
(Telephone number and e-mail address if known)

Defendant 2:    San Diego Superior Court    1100 Union St San Diego, CA 92101
(Name and complete mailing address)

Unknown
(Telephone number and e-mail address if known)

Defendant 3:    San Diego District Attorney    330 W. Broadway San, Diego, CA 92101
(Name and complete mailing address)

Unknown
(Telephone number and e-mail address if known)

Defendant 4:    See Attached
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

X    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_28 U.S.C. 1331, 28 U.S.C 1343_

_28 U.S.C. 1391(b)_

X    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _California_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

- Declaratory judgement, Colorado is the proper jurisdiction under UCCJEA for custody matters related to Plaintiff.
- Injunctive relief, barring California courts and law enforcement from enforcing unconstitutional actions, including but not limited to the enforcement of orders or warrants issued in violation of Plaintiffs Rights.
- Compensory damages for emotional distress, legal costs, and financial losses, Plaintiff has incurred due to defendants.
- Punitive Damages against Defendants for their intentional, malicious and egregious conduct.
- Any other relief the court deems necessary.

## F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

2/21/2025
(Date)

(Revised February 2022)

5

## DEFENDANTS

The State of California
Governor Gavin Newsom
1021 O Street, Suite 9000
Sacramento, CA 95814

California Attorney General
Rob Bonta
1300 "I" Street
Sacramento, CA 95814-2919

County Administration Center
Attn: Ebony N. Shelton
1600 Pacific Highway, Room 209
San Diego, CA 92101

San Diego Superior Court
Attn: Michael Roddy
Executive Office
1100 Union Street, 10th Floor
San Diego, CA 92101

San Diego Superior Court
Attn: Maureen F. Hallahan
Executive Office
1100 Union Street, 10th Floor
San Diego, CA 92101

San Diego Superior Court
Attn: Laura H. Miller
1100 Union Street San Diego
Department SD-603
San Diego, CA 92101

Stephanie Mendez
127 E. 3rd Avenue
Escondido, CA 92025

United States District Court for the District of
Colorado
The Honorable Philip A. Brimmer Chief Judge,
1929 S. Federal Ct.,
Denver, CO 80236

U.S. Marshal Service
U.S. Marshal Kirk M. Taylor
901 19th Street, 3rd Floor
Denver, CO 80294-2501

San Diego District Attorney
Attn: Summer Stephen
Central Office Hall of Justice
330 W. Broadway
San Diego, CA 92101

San Diego District Attorney
Attn: Xanthe Rosario
Central Office Hall of Justice
330 W. Broadway
San Diego, CA 92101

San Diego County Sheriff's Office
Attn: Kelly A. Martinez
9621 Ridgehaven Ct.
San Diego, CA 92123

Office of the Governor Jared Polis
200 E. Colfax Denver
CO 80203-1716

Colorado Attorney General
Phil Weiser
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Eagle County Attorney
Attn: Christina Hooper
PO Box 850
Eagle, CO 81631

Eagle County District Attorney
PO Box 295
Eagle, CO 81631

Eagle County Sheriff's Office
Attn: James Van Beek
P.O. Box 359
Eagle, CO 81631

Jeremy Martin
600 W Broadway, Suite 700
San Diego, CA 92101

Colorado State Patrol
Matthew Packard
700 Kipling Street
Lakewood, CO 80215

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Deprivation of Due Process 14th Amendment 42 U.S.C 1983

Supporting facts:

Defendants have engaged in actions without jurisdiction and without affording Plaintiff fair legal proceedings violating her rights to due process under 14th Amendment.

Claim TWO: Illegal Search and Seizure 4th Amendment 42 U.S.C 1983

Plaintiffs constitutional right to be free from illegal searches and seizures has been violated through improper legal actions, including unlawful seizures, by state and local authorities.

Claim Three: Retaliation for excercising Constitutional Rights 1st Amendment 42 U.S.C 1983

Defendants have taken retalitory actions against Plaintiff for challenging their jurisdictional authority, in violation of her First Amendment rights.

4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. _____

TINA MEDINA,
 Plaintiff,

v.

THE STATE OF CALIFORNIA, GAVIN NEWSOM, in his individual and official capacities,
SAN DIEGO COUNTY, EBONY SHELTON, in her individual and official capacities,
SAN DIEGO SUPERIOR COURT, MICHAEL RODDY, in his individual and official capacities,
MAUREEN F. HALLAHAN, in her individual and official capacities,
LAURA H. MILLER, in her individual and official capacities,
SAN DIEGO DISTRICT ATTORNEY, SUMMER STEPHEN, in her individual and official capacities, XANTHIE ROSARIO, in her individual and official capacities,
SAN DIEGO SHERIFF'S OFFICE, KELLY A. MARTINEZ, in her individual and official capacities,
THE UNITED STATES OF AMERICA,
THE UNITED STATES MARSHAL SERVICE, KIRK M. TAYLOR, in his individual and official capacities,
STATE OF COLORADO, JARED POLIS, in his individual and official capacities,
FEDERAL BUREAU OF INVESTIGATION, MARK D. MICHAELAK, in his individual and official capacities,
COLORADO STATE PATROL, MATTHEW PACKARD, in his individual and official capacities,
EAGLE COUNTY, EAGLE COUNTY DISTRICT ATTORNEY, in his individual and official capacities,
EAGLE COUNTY SHERIFF'S OFFICE, JAMES VAN BEEK, in his individual and official capacities,
DOES 1-100,

Defendants.

---

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS
(42 U.S.C. § 1983, 28 U.S.C. § 1331, 28 U.S.C. § 1343)

---

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS

1

**TO THE HONORABLE COURT:**

**INTRODUCTION**

1. Plaintiff Tina Medina ("Plaintiff") brings this action for violations of her constitutional rights under the **First, Fourth, Fifth, and Fourteenth Amendments** by officials from the State of California, State of Colorado, and various other entities and individuals. Plaintiff alleges a pattern of misconduct by state actors, including violations of her right to due process, deprivation of parental rights, illegal search and seizure, and retaliation against her for challenging the jurisdiction of California courts over her child custody case and other matters.

2. Plaintiff seeks declaratory relief, injunctive relief, and compensatory and punitive damages for these ongoing constitutional violations.

**JURISDICTION & VENUE**

3. This Court has jurisdiction over the claims asserted herein pursuant to **28 U.S.C. § 1331** (federal question) and **28 U.S.C. § 1343** (civil rights violations).

4. Venue is proper in this district under **28 U.S.C. § 1391(b)** because a substantial portion of the wrongful acts described in this Complaint occurred in the State of Colorado.

**PARTIES**

5. Plaintiff, Tina Medina, is a resident of Colorado who has been subjected to unconstitutional legal proceedings and actions in both California and Colorado.

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

2

6. Defendants include officials, entities, and law enforcement agencies from California and Colorado who participated in the misconduct alleged in this Complaint. These include officials in both individual and official capacities.

## FACTUAL ALLEGATIONS

7. Plaintiff has been subjected to ongoing unconstitutional legal proceedings in California, despite residing in Colorado since 2015.

8. California courts have unlawfully continued to exercise jurisdiction over Plaintiff's child custody matters, in violation of the **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)**.

9. Defendants in California have retaliated against Plaintiff for asserting her constitutional rights, including by fabricating criminal charges and engaging in malicious legal actions.

10. Colorado officials have failed to protect Plaintiff's due process rights, and have been complicit with California authorities in depriving her of these rights.

11. Defendants' actions violate Plaintiff's **First Amendment** rights (retaliation), **Fourth Amendment** rights (illegal searches and seizures), and **Fourteenth Amendment** rights (due process and equal protection).

## CLAIMS FOR RELIEF

## COUNT 1: DEPRIVATION OF DUE PROCESS

**(14th Amendment, 42 U.S.C. § 1983)**

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

**3**

12. Defendants have engaged in actions without jurisdiction and without affording Plaintiff fair legal proceedings, violating her right to due process under the Fourteenth Amendment.

## COUNT 2: ILLEGAL SEARCH AND SEIZURE

### (4th Amendment, 42 U.S.C. § 1983)

13. Plaintiff's constitutional right to be free from illegal searches and seizures has been violated through improper legal actions, including unlawful seizures, by state and local authorities.

## COUNT 3: RETALIATION FOR EXERCISING CONSTITUTIONAL RIGHTS

### (1st Amendment, 42 U.S.C. § 1983)

14. Defendants have taken retaliatory actions against Plaintiff for challenging their jurisdictional authority, in violation of her First Amendment rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

15. A **declaratory judgment** that Colorado is the proper jurisdiction under the UCCJEA for child custody matters related to Plaintiff.

16. **Injunctive relief** barring California courts and law enforcement from further unconstitutional actions, including but not limited to the enforcement of orders or warrants issued in violation of Plaintiff's rights.

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

4

17. **Compensatory damages** for the emotional distress, legal costs, and financial losses Plaintiff has incurred due to Defendants' violations.

18. **Punitive damages** against individual Defendants for their intentional, malicious, and egregious conduct.

19. Any **other relief** the Court deems just and proper.

**JURY DEMAND**

20. Plaintiff demands a trial by jury on all issues triable by a jury.

DATED: February 21, 2025

Respectfully submitted,

**Tina Medina**
Plaintiff, Pro Se

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**